AMERICAN HANDKERCHIEF CORP., PLAINTIFF-PETI-
TIONER, v. FRANNAT REALTY COMPANY, DEFENDANT-
RESPONDENT.

*Mr. Murray Greiman* for the petitioner.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Charles B.
Collins* and *Mr. Robert R. Whelan* for the respondent.

September 13, 1954. Granted.

FLORENCE GAUZZA, ADMINISTRATRIX, ETC., PLAINTIFF-
RESPONDENT, v. ANNUNCIATA GAUZZA, *ET ALS.*, DE-
FENDANTS-PETITIONERS.

*Mr. Paul C. Kemeny* and *Mr. John E. Toolan* for the
petitioners.

*Messrs. Parsons, Labrecque, Canzona & Combs* for the
respondent.

September 13, 1954. Denied.